No. 03–8648.   MARTINEZ-GARCIA v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 03–8649.   GRAVES v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 03–8654.   HUNTER v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 03–8660.   SMITH v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 03–8663.   REYES v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 03–8666.   WARREN v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 03–8668.   ROGERS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 03–8671.   RUTKOWSKI v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 03–8674.   BOYD v. UNITED STATES (two judgments).   C. A. 8th Cir.   Certiorari denied.

No. 03–8678.   HAWKINS v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 03–8679.   HEBRON v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 03–8680.   DAFNEY v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 03–8684.   MORALES GARZA v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 03–8693.   GARNES v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 03–8695.   HELI-MEJIA v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 03–8696.   VINASCO v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.